```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EMANUEL DELACRUZ, on behalf of
himself and all other persons
similarly situated,

                                Plaintiff,                              **22-CV-6570 (PAE) (KHP)**

            -against-

CAMPBELL UNIVERSITY,                              **ORDER ADJOURNING INITIAL**
                                                                         **CASE MANAGEMENT**
                                                                           **CONFERENCE**

                                Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Settlement filed on October 31, 2022 (doc. no 15) the Initial Case Management Conference currently scheduled for **November 3, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:      New York, New York
                 November 1, 2022

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge